**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ADAM WHETSTONE,

                Plaintiff,                22 **CIVIL** 3009 (NSR)(AEK)

    -against-                       **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 20, 2023, the Court adopts MJ Krause's R & R in its entirety. Plaintiff's motion is DENIED and Defendant's Motion for Judgment on the Pleadings is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         September 20, 2023

                                                      **RUBY J. KRAJICK**

                                                           _____
                                                                **Clerk of Court**

                      **BY:**                                                          _____
                                                                 **Deputy Clerk**